Argued and submitted May 30, affirmed as modified June 20, reconsideration denied August 31, petition for review denied October 2, 1984 (298 Or 37)

DAVIDSON et al,
*Respondents,*

*v.*

HATFIELD et ux,
*Appellants.*

(9124; CA A28725)

682 P2d 829

Charles C. Erwin, Portland, argued the cause and filed the brief for appellants.

Kenneth M. Abraham, Portland, argued the cause for respondents. On the brief were Deborah M. Phillips and Parker, Abraham, Bowe, Jaques & Blakely, Hood River.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

That portion of the trial court's decree granting plaintiffs an easement four feet wide and 27.3 feet long, along the South line of Lot 5, measured from the East line of Lot 5, is deleted. As modified, the decree is affirmed.